OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏꜰ Aᴘᴘᴇᴀʟs
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 30, 2023

Christopher Nucifora, Esq.
Albert J. Rescinio, Esq.
Erik E. Sardina, Esq.

RE: New Jersey Second Amendment Society, et al v. New Jersey Press Association, et al
Case Number: 22-2938
District Court Case Number: 3-20-cv-05228

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Friday, June 23, 2023,** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2.1, you are hereby advised that your appeal will be submitted before the following panel: **CHAGARES, Chief Judge, BIBAS and MATEY, Circuit Judges.**

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By: *Patrick A. McCauley, Jr.*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932